291 So.2d 342

**In re Virgil BROADWAY**

v.

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 713.**

Supreme Court of Alabama.

Feb. 21, 1974.

William J. Baxley, Atty. Gen. and Charles R. Hare, Jr., Sp. Asst. Atty. Gen., Albertville, for the State, petitioner.

No brief for the respondent.

HARWOOD, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Broadway v. State, 52 Ala.App. 249, 291 So.2d 338.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and FAULKNER, JJ., concur.

296 So.2d 725

**In re Louise BYNUM**

v.

**William D. BYNUM.**

**Ex parte Louise Bynum.**

**SC 845.**

Supreme Court of Alabama.

June 20, 1974.

Burns, Carr, Shumaker & Davis, Gadsden, for petitioner.

No brief for respondent.

MADDOX, Justice.

Petition of Louise Bynum for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Bynum v. Bynum, 52 Ala.App. 633, 296 So.2d 722.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and FAULKNER, JJ., concur.